# United States Court of Appeals for the Federal Circuit

## <u>Errata</u>

July 3, 2007

Appeal No. **2007-1044**

<u>**Omegaflex, Inc. v. Parker-Hannifin Corporation**</u>

Nonprecedential Opinion

Decided:  June 18, 2007

Please make the following corrections:

On Page 1, bottom line:  delete the phrase **grants of summary judgment**, and substitute the words **grant of summary judgment of validity**.

On Page 9, line 10:  delete the phrase **grants of summary judgment are**, and substitute the words **grant of summary judgment of validity is**.